UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

G.E. CAPITAL INFORMATION
TECHNOLOGY SOLUTIONS, INC.

CIVIL ACTION

VERSUS

NO. 09-334-JJB

GRANT FINDERS, L.L.C.

## JUDGMENT

For written reasons assigned in the record;

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of G.E. Capital Information Technology Solutions, Inc., and against Grant Finders, L.L.C. in the amount of $125,330.26 plus $12,500.00 in attorney's fees with interest and costs as provided by law.

Baton Rouge, Louisiana, February 18th, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA